**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X   **06 CV 1142 (NG) (LB)**

**NORMA PADRO o/b/o LUISA OCASIO,**

          **Plaintiff,**

  -against-                                                        **ORDER**

**PHILLIP MORRIS INTERNATIONAL,**

          **Defendant.**
------------------------------------------------------------------X

**GERSHON, United States District Judge:**

      Plaintiff moves for reconsideration of the May 26, 2006 order of this court dismissing plaintiff's action for lack of subject matter jurisdiction. Because plaintiff neither adequately explains her failure to timely respond to this Court's April 17, 2006 order to show cause, nor sets forth facts establishing subject matter jurisdiction, her motion for reconsideration is denied.

                                                         **SO ORDERED.**

                                                         /S/
                                               **NINA GERSHON**
                                               **United States District Judge**

Dated:  Brooklyn, New York
          October 23, 2006